DAVID BARNABA et al., Appellants, *v.* SKENANDOA RAYON CORPORATION et al., Respondents. (And 39 Other Similar Actions.)

Submitted April 7, 1952; decided April 23, 1952.

*Anthony S. Falcone* and *Ernest E. De Rosa* for motion.

*Willard R. Pratt* for Skenandoa Rayon Corporation, respondent, opposed.

*James C. O'Shea* and *James T. Griffin* for J. T. Baker Chemical Co., respondent, opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.